No. 01–9336.  RED PAINT, AKA CLIFFORD *v.* NORTH DAKOTA. Sup. Ct. N. D.  Certiorari denied.

No. 01–9340.  PRICE *v.* McCORMACK ET AL.  C. A. 4th Cir. Certiorari denied.

No. 01–9341.  ADAMS *v.* CAIN, WARDEN, ET AL.  C. A. 5th Cir. Certiorari denied.

No. 01–9350.  BROWN *v.* SENKOWSKI, SUPERINTENDENT, CLINTON CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.

No. 01–9352.  ANDERSON *v.* HOLMES, WARDEN.  App. Ct. Ill., 5th Dist.  Certiorari denied.

No. 01–9354.  JACKSON *v.* SINAI SAMARITAN HOSPITAL.  Sup. Ct. Wis.  Certiorari denied.

No. 01–9356.  RIEGO *v.* SUWANNEE RIVER SPRINGS, INC., ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–9361.  QUATREVINGT *v.* CAIN, WARDEN.  C. A. 5th Cir. Certiorari denied.

No. 01–9362.  SNOW *v.* ALABAMA.  Ct. Crim. App. Ala.  Certiorari denied.

No. 01–9363.  SWAIN *v.* HOOKS, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 01–9364.  STEEL *v.* COURT OF CRIMINAL APPEALS OF TEXAS.  C. A. 5th Cir.  Certiorari denied.

No. 01–9368.  SMITH *v.* HORNUNG, WARDEN, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 01–9369.  STANLEY *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 01–9376.  WILLIAMS *v.* HARDAWAY ET AL.  C. A. 7th Cir. Certiorari denied.